# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS SMITH**, *et al.*, | : | CIVIL ACTION NO. 1:17-CV-12 |
| | : | |
| **Plaintiffs** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LAKEN MEEKS**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 20th day of December, 2017, upon consideration of Plaintiffs' Motion (Doc. 34) for Reasonable Attorneys' Fees and Costs incurred in bringing this Interpleader action, and following Orders of this Court of November 30, 2017 and December 6, 2017, resulting in a holding that Defendants, Kenneth Walter Keller and Robert P. Keller, are entitled to a disbursement of the Account of Steven Howard Keller currently being held by Transamerica Retirement Solutions, the custodial trustee of the Bricklayers & Stonemasons Local 5 Annuity Fund, and it appearing that Defendants, Kenneth Walter Keller and Robert P. Keller, challenge neither the request for attorneys' fees and costs nor the reasonableness of the attorneys' fees and costs requested by Plaintiffs, it is hereby ORDERED that:

1. The request for attorneys' fees and costs is GRANTED.

2. Transamerica Retirement Solutions is directed to disburse to Plaintiffs, as reasonable attorneys' fees and costs, the amount of $7,635.00 from the Account of Steven Howard Keller.

3. Transamerica Retirement Solutions is directed to disburse to Kenneth Walter Keller and Robert P. Keller the funds remaining in the Account after disbursement of attorneys' fees to Plaintiffs.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania